# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 6:22-cv-00516 |
| vs. § § | PATENT CASE |
| **NISSAN NORTH AMERICA, INC.,** § § | |
| Defendant. § § | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Display Technologies, LLC a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management, LLC

Dated: May 20, 2022.                    Respectfully submitted,


                                        */s/ Jay Johnson*
                                        **JAY JOHNSON**
                                        State Bar No. 24067322
                                        **D. BRADLEY KIZZIA**
                                        State Bar No. 11547550
                                        **KIZZIA JOHNSON, PLLC**
                                        1910 Pacific Ave., Suite 13000
                                        Dallas, Texas 75201
                                        (214) 451-0164
                                        Fax: (214) 451-0165
                                        jay@kjpllc.com
                                        bkizzia@kjpllc.com


                                        **ATTORNEYS FOR PLAINTIFF**