IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

DISPLAY TECHNOLOGIES, LLC,

     Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

     Defendant.

No:  6:22-cv-00516-ADA

**NOTICE OF STIPULATION CONCERNING EXTENSION OF TIME FOR DEFENDANT NISSAN NORTH AMERICA, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to the Court's standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Nissan North America, Inc., hereby notifies the Court that Defendant has requested, and Plaintiff is unopposed, to an extension of time to July 29, 2022, to answer or otherwise respond to Plaintiff Display Technologies LLC's Original Complaint.

Defendant's deadline to answer or otherwise respond to the Complaint is currently June 15, 2022, and the extension would move that deadline to July 29, 2022.

Respectfully submitted,

Dated:  June 14, 2022

By:  */s/ Mark G. Davis*
Mark G. Davis
Texas Bar No. 24096062
JENNER & BLOCK, LLP
1099 New York Avenue, NW
Washington, D.C.  70001-4412
Tel:     (202) 639-6057
Fax:     (202) 639-6066
Email: mgdavis@jenner.com

*Attorney for Defendant*
*Nissan North America, Inc.*