IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | No: 6:22-cv-00516-ADA |

**NOTICE OF STIPULATION CONCERNING EXTENSION OF TIME FOR DEFENDANT NISSAN NORTH AMERICA, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

    Pursuant to the Court's standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Nissan North America, Inc., hereby notifies the Court that Defendant has requested, and Plaintiff is unopposed, to an extension of time to October 28, 2022, to answer or otherwise respond to Plaintiff Display Technologies LLC's Original Complaint.

    Defendant's deadline to answer or otherwise respond to the Complaint is currently September 16, 2022, and the extension would move that deadline to October 28, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 16, 2022 | By: */s/ Mark G. Davis*<br>Mark G. Davis<br>Texas Bar No. 24096062<br>JENNER & BLOCK, LLP<br>1099 New York Avenue, NW<br>Washington, D.C. 70001-4412<br>Tel:  (202) 639-6057<br>Fax:  (202) 639-6066<br>Email: mgdavis@jenner.com<br><br>*Attorney for Defendant*<br>*Nissan North America, Inc.* |